```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL ENVELOPE CORPORATION, et al.,

      Plaintiffs,

  - against -

AMERICAN PAD & PAPER COMPANY OF
DELAWARE, INC., et al.,

      Defendants.

**ORDER**

06 Civ. 12988 (SHS) (RLE)

---

**RONALD L. ELLIS, United States Magistrate Judge:**

  **IT IS HEREBY ORDERED** that the Court will hold a conference on **April 7, 2009, at 10:00 a.m.**, to address the discovery dispute raised by counsel for Plaintiff and non-party, Staples, Inc.

**SO ORDERED this 1st day of April 2009**
New York, New York

                 _/s/ Ronald L. Ellis_
                 The Honorable Ronald L. Ellis
                 United States Magistrate Judge