Steven C. Krane
Lawrence S. Elbaum
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Tel:   212.969.3000
Fax:   212.969.2900

Julia Huston (admitted *pro hac vice*)
Peter J. Karol (admitted *pro hac vice*)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel:   617.443.9292
Fax:   617.443.0004

Attorneys for Intervenor, Staples, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

NATIONAL ENVELOPE CORPORATION and            Civil Action No. 06 CV 12988
NATIONAL ENVELOPE-WH LLC,                    (SHS) (RLE)

                Plaintiffs,

       -against-                             **ECF CASE**

AMERICAN PAD & PAPER COMPANY OF
DELAWARE, INC. and AMERICAN PAD & PAPER
LLC.

                Defendants.
------------------------------X

### INTERVENOR STAPLES, INC.'S OBJECTIONS TO AND MOTION TO SET ASIDE MAGISTRATE JUDGE ELLIS' MAY 27, 2009 RULING DENYING MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL ON GROUNDS OF CONFLICT OF INTEREST

Pursuant to Federal Rule of Civil Procedure 72(a), Intervenor, Staples, Inc. ("Staples"), objects to and moves to set aside Magistrate Judge Ellis' May 27, 2009 ruling denying motion to disqualify Plaintiffs' counsel on grounds of conflict of interest.

The grounds for the objections and motion to set aside are set forth in the accompanying memorandum and the documents referenced therein (which will be supplied to the Court in a separate appendix).

Dated: June 10, 2009
New York, New York

Respectfully submitted,

PROSKAUER ROSE LLP,

By: /s/Steven C. Krane
Steven C. Krane
Lawrence S. Elbaum
1585 Broadway
New York, New York 10036-8299

- and -

Julia Huston (admitted *pro hac vice*)
Peter J. Karol (admitted *pro hac vice*)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618

Attorneys for Staples, Inc., Intervenor

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing document was served this 10th day of June 2009 by ECF filing, and by U.S. Mail, upon the following counsel of record:

/s/Steven C. Krane
Steven C. Krane

| Plaintiffs | Defendants |
|---|---|
| Mark N. Mutterperl, Esq.<br>Fulbright & Jaworski L.L.P.<br>666 Fifth Avenue<br>New York, New York 10103-3198<br>United States of America<br>(212) 318-3183<br>Fax: (212) 318-3400<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Steven Edward Ross<br>Gardere Wynne Sewell LLP<br>1601 Elm Street<br>Suite 3000, Thanksgiving Tower<br>Dallas, TX 75201-4761<br>214-999-4430<br>Fax: 214-999-3430<br>Email: sross@gardere.com<br>ATTORNEY TO BE NOTICED |